United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNATURE FINANCIAL LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>A LOT TO SAY, INC., et al.,<br><br>  Defendants. | Case No.  21-cv-01220-SK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Regarding Docket No. 31 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff SIGNATURE FINANCIAL LLC, d/b/a SIGNATURE FINANCIAL AND LEASING LLC ("**Plaintiff**" or "**Signature**"), and defendants A LOT TO SAY, INC. ("**ALTS**") and JENNIFER STANICH-BANMILLER ("**Stanich-Banmiller**", and together with ALTS, collectively, the "**Defendants**", and together with Plaintiff, collectively, the "**Parties**"), by and through their respective undersigned counsel hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that his entire action shall be dismissed without prejudice pursuant to the terms of that certain Settlement Agreement dated October 28, 2021 (the "**Agreement**").

The Parties further stipulate that the Court shall retain jurisdiction over this action in order to enforce the terms of the Agreement and that Plaintiff and/or its successors and/or assigns may move this Court to re-open this action in order to enforce the terms of the Agreement.

Respectfully submitted,

**PRYOR CASHMAN LLP**

Dated: November 4, 2021         By:    */s/ Michael J. Niborski*

Michael J. Niborski
*mniborski@pryorcashman.com*

*Attorneys for Plaintiff*
SIGNATURE FINANCIAL LLC, d/b/a
SIGNATURE FINANCIAL AND LEASING LLC

**LAW OFFICES OF WALLACE C. DOOLITTLE**

Dated: November 4, 2021   By:   */s/ James P. Downs*
James P. Downs
*jdowns@doolittlelaw.com*

*Attorneys for Defendants*
A LOT TO SAY, INC and JENNIFER STANICH-BANMILLER

## **ORDER**

Plaintiff SIGNATURE FINANCIAL LLC, d/b/a SIGNATURE FINANCIAL AND LEASING LLC ("**Plaintiff**"), and defendants A LOT TO SAY, INC. and JENNIFER STANICH-BANMILLER (collectively, the "**Defendants**", and together with Plaintiff, collectively, the "**Parties**", and each individually, a "**Party**") having entered into that certain Settlement Agreement dated October 28, 2021 (the "**Agreement**"), it is hereby **ORDERED AND ADJUDGED THAT:**

1. The above-captioned action is hereby dismissed against the Defendants, without prejudice.

2. The Court shall retain jurisdiction over this action in order to enforce the terms of the Agreement.

3. Plaintiff and/or its successors and/or assigns may move this Court to re-open this action in order to enforce the terms of the Agreement.

**IT IS SO ORDERED**.

Dated: November 4, 2021

*/s/ Sallie Kim*

SALLIE KIM
United States Magistrate Judge