**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Michael J. Niborski (SBN 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

TEL NO.: (310) 683-6900 FAX NO. (optional): (310) 943-3397
E-MAIL ADDRESS *(Optional)*: mniborski@pryorcashman.com
[x] ATTORNEY FOR [x] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

U.S. District Court - Northern District California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME: Phillip Burton Federal Building & US Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Signature Financial LLC d/ba Signature Financial and Leasing LLC
DEFENDANT: A Lot To Say, Inc. and Jennifer Stanich-Banmiller

CASE NUMBER:
3:21-cv-01220-SK

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** [ ] **Amended**

***FOR COURT USE ONLY***

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Jennifer Stanich-Banmiller
      4478 Deer Ridge Road
      Danville, CA 94506
   b. Driver's license no. [last 4 digits] and state: 4018 - CA [ ] Unknown
   c. Social security no. [last 4 digits]: 5201 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      580 California Street, 12th Floor, San Francisco, CA 94104

2. [x] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Signature Financial LLC
   225 Broadhollow Road, Suite 132W
   Melville, NY 11747

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 22, 2022
Michael J. Niborksi
(TYPE OR PRINT NAME)

*/s/ Michael J. Niborski*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 125,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: November 1, 2021
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
June 23, 2022

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:
11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by [signature], Deputy

| | |
|---|---|
| PLAINTIFF: Signature Financial LLC d/ba Signature Financial and Leasing LLC<br>DEFENDANT: A Lot To Say, Inc. and Jennifer Stanich-Banmiller | COURT CASE NO.:<br>3:21-cv-01220-SK |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

A Lot To Say, Inc.
4155 Blackhawk Plaza Circle, Suite 110
Danville, CA 94506

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*
580 California Street, 12th Floor
San Francisco, CA 94104

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.